

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00278-CR

| | | |
|---|---|---|
| MEGAN ELISE MAYBERRY, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR21-0929) |
| V. | § | September 28, 2023 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment of conviction. It is ordered that the judgment of the trial court is affirmed.

Having concluded that the trial court's order appointing counsel contained error, we modify the order to delete the finding that Appellant Megan Elise Mayberry has the ability to contribute to the costs of her legal fees.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell